# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LONNIE WHITSON,** | |
| Plaintiff, | |
| v. | Case No. CIV-17-1301-F |
| **SM ENERGY, a Delaware corporation, and DAVID MICHAEL GREENE,** | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Lonnie Whitson, by and through his attorneys of record, and Defendants, SM Energy Company and David Michael Greene, by and through their attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff. The parties further stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/ Lindsay N. Kistler*

By: Elaine R. Turner, OBA #13082
Lindsay N. Kistler, OBA #32814
100 North Broadway, Suite 2900
Oklahoma City, OK  73102-8865
Telephone:  (405) 553-2828
Facsimile:  (405) 553-2855
Email:  eturner@hallestill.com
Email:  lkistler@hallestill.com

**ATTORNEYS FOR DEFENDANT, SM ENERGY COMPANY**

and

*s/Rand C. Eddy (with permission)*
Rand C. Eddy, OBA #11822
Mulinex Goerke & Meyer, PLLC
210 W. Park Ave., Suite 3030
Oklahoma City, Oklahoma 73102
Telephone:  (405) 232-3800
Facsimile:  (405) 232-8999
Email:  rand@lawokc.com

**ATTORNEY FOR DEFENDANT, DAVID MICHAEL GREENE**

and

*s/Guinise M. Marshall (with permission)*
Guinise M. Marshall, OBA #13902
222 N.W. 13th Street
Oklahoma City, Oklahoma 73103
Telephone:  (405) 601-2174
Facsimile:  (405) 523-2108
Email:  gmarshall6889@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the Following ECF registrants:

Guinise M. Marshall, OBA #13902
222 N.W. 13th Street
Oklahoma City, Oklahoma 73103
Telephone: (405) 601-2174
Facsimile: (405) 523-2108
Email: gmarshall6889@sbcglobal.net
**ATTORNEY FOR PLAINTIFF**

Rand C. Eddy, OBA #11822
Mulinex Goerke & Meyer, PLLC
210 W. Park Ave., Suite 3030
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-3800
Facsimile: (405) 232-8999
Email: rand@lawokc.com
**ATTORNEY FOR DEFENDANT, DAVID MICHAEL GREENE**

*s/ Lindsay N. Kistler*

4267001.1:730119:02313